IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| CHARLES ANTHONY DALZELL | Violations:  18 U.S.C. §§ 115(a)(1)(B) and 875(c) |

<u>COUNT ONE</u>

**Influencing Federal Official by Threat**

The Grand Jury Charges:

On or about June 15, 2025, in the District of North Dakota,

CHARLES ANTHONY DALZELL

did threaten to assault, kidnap, and murder Jennifer Klemetsrud Puhl, Acting United

States Attorney for the District of North Dakota, with intent to impede, intimidate, and

interfere with Jennifer Klemetsrud Puhl while she was engaged in the performance of her

official duties and with the intent to retaliate against Jennifer Klemetsrud Puhl on account

of the performance of her official duties;

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

<u>COUNT TWO</u>

**Interstate Communications with a Threat to Kidnap or Injure**

The Grand Jury Further Charges:

On or about June 15, 2025, in the District of North Dakota,

CHARLES ANTHONY DALZELL

knowingly and willfully did transmit in interstate and foreign commerce, a communication, specifically, an email to Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and the communication contained a threat to kidnap and injure Kelly Armstrong, North Dakota Governor; Drew Wrigley, North Dakota Attorney General, Kari Agotness, North Dakota State District Court Judge, specifically, in an email sent on June 15, 2025, CHARLES ANTHONY DALZELL wrote the following, in part:

> Just sitting here wondering what a law maker and a representative were shot and one dead over in Minnesota and one thing comes to mind, something like that doesn't fall out of the sky now does it.. I'm most certainly not making threats but when law makers make laws and the state doesn't follow the laws they created it would probably piss some people off right, then like in my case I asked representatives John hoeven and Kevin Cramer for help and they ignored me the first three times, the fourth time they called the pembina county sheriff on me and had two cops come and tell me they had zero interest in helping me… Armstrong seemingly allowing judge Kari agotness to ignore century code 35-27-24.1 and making me wait a full year for court depriving me of my due process while ignoring state laws is a violation of the states constitution by judge agotness, governor Armstrong and attorney general drew wrigley because wrigley refused to investigate the fact Armstrong violated the constitution… Now I'm going to be honest with you I don't want this situation  to end up like Minnesota over the weekend, do you. I'm trying to get all of you to actually follow the law, not ignore me, not lie to me, not mislead me and purposely waist time I don't have. And that is what you all have done and this makes me wonder if these bad situations are really what you want or do you hope that I flip out and end up dead by a

police officer?... now I don't know the specifics in this Minnesota case but a representative and a lawmaker were shot and one of them is dead and all of you mentioned above are basically avoiding your responsibility and that is creating some bad situations… If you call the cops on me to intimidate me and scare me with charges and jail so I shut up about my rights I have by being an American, that's where the bullshit stops.  Do I make myself clear?? I'm done with you ignoring me, I'm done with the threats of jail and charges, I'm done with Armstrong and his bullshit lies, this had god dam better get fixed Monday morning which is tomorrow because I want to avoid anymore problems and don't want North Dakota to end up like Minnesota and no that is not a threat ms puhl it's a fact and a statement that it's a bad situation and I wouldn't want any part of it, but none of you have acknowledged the rules or the laws since day one, and I'll be honest I'm extremely pissed off and before you people push me into one of those situations with no way out except death or prison the law and the rules and the constitution had better get followed… this very email is my way of letting you and Armstrong and drew wrigley and judge Kari agotness to make things right, calling the authorities on me for standing up for my civil and constitutional rights is not going to be tolerated;

All in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL:

/S/ Foreperson
Foreperson

/s/ David D. Hagler
DAVID D. HAGLER
Assistant United States Attorney

3