UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES DALZELL,<br><br>Defendant. | 3:25-cr-140<br>Cr. No. 3:25-mj-466<br><br>**DEFENDANT'S INVOCATION OF RIGHTS UNDER THE FIFTH AND SIXTH AMENDMENTS** |

COMES NOW the Defendant above-named, Charles Dalzell, and hereby expressly and unequivocally invokes his right to remain silent and his right to counsel guaranteed to him under both the Fifth and Sixth Amendments to the United States Constitution.

Dated this 25 day of June, 2025.

_____
Defendant's signature