IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHARLES ANTHONY DALZELL,<br>Defendant. | Case No.: 3:25-CR-140<br>FACTUAL BASIS STATEMENT |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Charles Anthony Dalzell.

On June 15, 2025, I sent an email to Acting U.S. Attorney Jennifer Puhl that included threats of violence against several state and federal officials, including Acting U.S. Attorney Puhl. In particular, I indicated that certain officials, including Acting U.S. Attorney Puhl, needed to fix issues by the following morning so that North Dakota wouldn't "end up like Minnesota" where "a representative and a lawmaker were shot and one of them is dead and all of you mentioned above are basically avoiding your responsibility and that is creating some bad situations." This was a reference to the shooting of public officials in Minnesota on June 14, 2025, which resulted in the deaths of a public official and her spouse and the life-threatening injuries to another public official and his spouse. I believe and know that an objectively reasonable person would

view my email as a threat against a United States official and was intended to impede, initimidate, or interfere with Acting U.S. Attorney Puhl in the performance of her official duties.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

9/3/26
Date

Jeremy R. Jehangiri
Assistant United States Attorney
PO Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: Jeremy.Jehangiri@usdoj.gov

9-3-26
Date

Charles Anthony Dalzell
Defendant

8/28/2026
Date

Jeremy Curran
Attorney for Defendant